*Buchwald, N*

```
LSDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4|11|17
```

UNITED STATES DISTRICT COURT
'SOUTHERN DISTRICT OF NEW YORK

COLLEEN DOWELL,                                    Index No.: 16-cv-6819 (NRB)

Plaintiff,

– against –

**STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(A)**

DOUGLAS STRONG, DANIEL TILMAN, OSCAR
ROSA, ANDY AGUAYO, CITY OF NEW YORK, 3920
BROADWAY RESTAURANT, INC., PARILLA
STEAKHOUSE, INC., JOSE HERNANDEZ,
DETECTIVE JOHN DOES 1-3,

Defendants.

---

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant City

of New York pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: APRIL 6, 2017

Mark Marino, Esq.
MARK A. MARINO, P.C.
380 Lexington Avenue, 17th Floor
New York, NY 10168
Tel: (212) 748-9552
*Counsel for Plaintiff Colleen Dowell*

Dated: April 6, 2017

Valerie Smith, Esq.
CORPORATION COUNSEL
OF THE CITY OF NEW YORK
100 Church Street
New York, NY 10007
Tel: (212) 356-2398
*Counsel for Defendant City of New York*

**SO ORDERED:**

**U.S.D.J.**
4/11/17    JS

1