

# KARASYK & MOSCHELLA, LLP
## COUNSELLORS AT LAW

PHILIP KARASYK

JAMES M. MOSCHELLA

ADAM R. ETMAN

MICHAEL LACONDI

OF COUNSEL

ELLIOT M. RUDICK

SHIVA BAHMANI

ALAN SERRINS

ERIC RICHMAN

BARRY WASHOR

MELODI KINSELLA

June 2, 2017

VIA ECF
Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Dowell v. City et al.</u>
             16 CV 6189 (NRB)

Your Honor:

    We are the attorneys for defendants, Douglas Strong, Daniel Tilman, and Andy Aguayo, in the above-referenced action. We are writing to advise the court that these defendants have settled the matter with plaintiff. Attached hereto is a proposed Order of Dismissal for your Honor's endorsement. Thank you for your consideration of this matter.

                                    Respectfully submitted

                                    KARASYK & MOSCHELLA, LLP

                                    JAMES M. MOSCHELLA

cc:    All Counsel of Record (via ECF)
W:\IRODRIG\MOSCHELLA\STRONG,D\ltr2judge order of dismissal.wpd