|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/7/17 |

COLLEEN DOWELL,

           Plaintiff,

– against –

DOUGLAS STRONG, DANIEL TILMAN, OSCAR ROSA, ANDY AGUAYO, CITY OF NEW YORK, 3920 BWY. REST. INC., PARILLA STEAK HOUSE INC., JOSE HERNANDEZ, and JOHN DOES #1-3,

           Defendants.

Civ. No.: 16-cv-6819 (NRB)

**ORDER OF DISMISSAL**

WHEREAS certain of the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that:

    1. The above-referenced action is hereby dismissed with prejudice as against Defendant Douglas Strong, Defendant Andy Aguayo, and Defendant Daniel Tilman; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the three separate settlement agreements executed by the parties (for valuable consideration) and set forth in the three separate Stipulations of Settlement, previously executed by counsel for the parties.

Dated: New York, New York
June 1, 2017

MARK A. MARINO, PC
*Attorney for Plaintiff*
380 Lexington Avenue, 17th Floor
New York, NY 10168

By: _____
Mark A. Marino, Esq.

KARASYK & MOSCHELLA, LLP
*Attorney for Defendants Douglas Strong,
Daniel Tilman, and Andy Aguayo*
233 Broadway, Suite 2340
New York, NY 10279

By: _____
James M. Moschella, Esq.

_____
U.S.D.J.

Dated: June 7, 2017