UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COLLEEN DOWELL,

      Plaintiff.

 -against-

DOUGLAS STRONG, DANIEL TILMAN, OSCAR
ROSA, ANDY AGUAYO, CITY OF NEW YORK,
3920 BWAY REST., INC., PARILLA STEAKHOUSE,
INC., JOSE HERNANDEZ, JOHN DOES #1-3,

      Defendants.
------------------------------------------------------------X

16 Civ. 06819 (NRB)

**ORDER OF DISMISSAL**

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel as follows:

1. The parties hereby agree that the above-captioned action is dismissed and discontinued with prejudice, as to the named defendant, Oscar Rosa, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Nothing in this Order of Dismissal shall be construed as an admission or concession of liability whatsoever by the defendant Oscar Rosa regarding any of the allegations made by the plaintiff in the Complaint.

Dated: June __8__, 2017               Dated: June _____, 2017

_____       _____
RENÉ MYATT, ESQ.                  MARK A. MARINO, ESQ.
*Attorney for Defendant*              *Attorney for Plaintiff*
**OSCAR ROSA**                   **COLLEEN DOWELL**
204-04 Hillside Avenue, 2nd Floor         380 Lexington Avenue, 17th Floor

Hollis, NY 11423  
(718) 468-3588

New York, NY 10168  
(212) 748-9552

**SO ORDERED:**

_____  
United States District Judge

Dated: New York, New York  
June _____, 2017