```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/17
```

Buchwald, N.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COLLEEN DOWELL,                                 16 Civ. 06819 (NRB)
                         Plaintiff,

       -against-                                **ORDER OF DISMISSAL**

DOUGLAS STRONG, DANIEL TILMAN, OSCAR
ROSA, ANDY AGUAYO, CITY OF NEW YORK,
3920 BWAY REST., INC., PARILLA STEAKHOUSE,
INC., JOSE HERNANDEZ, JOHN DOES #1-3,

                         Defendants.
------------------------------------------------------------X

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel as follows:

1. The parties hereby agree that the above-captioned action is dismissed and discontinued with prejudice, as to the named defendant, Oscar Rosa, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Nothing in this Order of Dismissal shall be construed as an admission or concession of liability whatsoever by the defendant Oscar Rosa regarding any of the allegations made by the plaintiff in the Complaint.

Dated:   June 8, 2017                          Dated: June 12, 2017


RENE MYATT, ESQ.                                MARK A. MARINO, ESQ.
*Attorney for Defendant*                        *Attorney for Plaintiff*
**OSCAR ROSA**                                  **COLLEEN DOWELL**
204-04 Hillside Avenue, 2nd Floor               380 Lexington Avenue, 17th Floor

1

Hollis, NY 11423  
(718) 468-3588

New York, NY 10168  
(212) 748-9552

SO ORDERED:

_(signature)_  
United States District Judge

Dated: New York, New York  
June 26, 2017