USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLEEN DOWELL,

        Plaintiff,

— against —

CITY OF NEW YORK, DETECTIVE DOUGLAS
STRONG, 3920 BWY. REST. INC., PARILLA STEAK
HOUSE INC., JOSE HERNANDEZ, JOHN DOES #1-3,
DANIEL TILMAN, OSCAR ROSA, and ANDY
AGUAYO,

        Defendants.

Civ. No.: 16-cv-6819 (NRB)

**EXTENSION OF PROTECTIVE ORDER TO DEFENDANTS REMAINING AFTER REMAND**

**WHEREAS**, the Court so-ordered the Confidentiality Stipulation and Protective Order (the "Order") (Dkt. No. 18), on January 17, 2017, before remanding the above-captioned action (the "Federal Court Action") (*See* Dkt. No. 39), to the Supreme Court for County of New York in the case entitled *Dowell v. Strong, et al.*, Index No. 158752/2012 (Sup. Ct. NY Co.) (the "State Court Action");

**WHEREAS**, the only remaining defendants in the State Court Action are Defendants Jose Hernandez, 3920 Bwy. Rest., Inc., and Parilla Steak House, Inc. (the "Remaining Defendants"), each of which is represented by the undersigned attorney;

**WHEREAS**, this Agreement serves the following purposes: (1) to add the Remaining Defendants and their counsel as parties to the Order so Ms. Dowell may produce the documents protected by the Order (the "Protected Documents") in the State Court Action without violating the Order; (2) to extend the "attorney's eyes only" designation to the documents protected by the Order; (3) to extend the same rights, privileges, and restrictions enjoyed by the attorneys for the defendants previously in the Federal Court Action to the attorneys for the Remaining Defendants

1

and Plaintiff in the State Court Action; and (4) to make Plaintiff's attorney a party to this Agreement for ease of administration; and

WHEREAS, the parties to this Agreement pledge to work together in good faith to resolve potential conflicts with it that may arise during the State Court Action;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that the City of New York does not challenge Plaintiff's disclosure of the Protected Documents so long as the attorneys for Plaintiff and the Remaining Defendants honor all provisions in the Order.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that Plaintiff (and her attorney) shall act in accordance with the Order.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that the Remaining Defendants (and their attorney) shall act in accordance with the Order.

Dated: September 24, 2018

Mark Marino, Esq.
MARK A. MARINO, P.C.
380 Lexington Avenue, 17th Floor
New York, NY 10168
Tel: (212) 748-9552
*Counsel for Plaintiff Colleen Dowell*

Dated: October 1, 2018

Daniel M. O'Hara, Esq.
McLoughlin | O'Hara, LLP
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: (212) 867-8285
*Attorneys for the Remaining Defendants*

2

Dated: 9/24/18

[signature]

Shannon Coppess, Esq.
CORPORATION COUNSEL
OF THE CITY OF NEW YORK
100 Church Street
New York, NY 10007
Tel: (212) 356-2298 x176
Counsel for Defendant City of New York

SO ORDERED:

[signature]

HON. NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE

10/2/18

3